Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−10141−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Linkletter
   69 Macarthur Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−0710

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 6, 2019
JAN: zlh

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-10141-JKS
Elizabeth Linkletter                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Feb 06, 2019
                               Form ID: 148             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db              +Elizabeth Linkletter,    69 Macarthur Avenue,    Garfield, NJ 07026-1592
517985509       +Hackensack University Medical Group,    C Tech Collections, Inc.,   5505 Nesconset Hwy, Ste 200,
                  Mt Sinai, NY 11766-2026
517951832       +KML Law Group,    701 Market Street,   Philadelphia, PA 19106-1538
517951833       +Pingora Loan Servicing,    1755 Blake Street,   Suite 200,   Denver, CO 80202-1479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 00:18:43    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41    United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Feb 07 2019 04:38:00    Synchrony Bank, c/o PRA Recievables Management, LL,
                  POB 41021,   Norfolk, VA 23541-1021
518005189       +EDI: CAUT.COM Feb 07 2019 04:38:00    JPMorgan Chase Bank, N.A.,   PO Box 29505 AZ1-1191,
                  Phoenix, AZ 85038-9505
517964309        EDI: RESURGENT.COM Feb 07 2019 04:38:00    Pinnacle Credit Services, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517954647       +EDI: RMSC.COM Feb 07 2019 04:38:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
              Aileen Perez    on behalf of Debtor Elizabeth  Linkletter aperezsq@yahoo.com,
               aperezsq@yahoo.com
              Kevin Gordon McDonald    on behalf of Creditor    Pingora Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4